IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **WILLIE RADFORD STRICKLAND, JR.,**   )   )   ) | |
|     Plaintiff,   ) | |
|                           )   ) | CIVIL ACTION NO. |
|     v.                    ) | 3:16cv07-MHT |
|                           )   ) | (WO) |
| **TERRY WOODS, Sgt. CCSO, et al.,**   )   ) | |
|     Defendants.           ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging an unlawful search and seizure of his property and a false arrest. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of March, 2017.

                                             /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE